```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

BANK OF THE OZARKS, as Special
Administrator of the Estate of
MABEL LILLIAN COWLE                                  PLAINTIFF

     v.              Civil No. 09-6040

THE KROGER COMPANY d/b/a
KROGER FOOD STORES and
CRAIN ENTERPRISES, INC. d/b/a
MID-SOUTH AUTOMATIC DOOR                            DEFENDANTS

## ORDER

On the 23rd day of March, 2010, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until March 25, 2010, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

INTERROGATORY NO. 1:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THERE WAS NEGLIGENCE ON THE PART OF KROGER WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY PLAINTIFF?

_____   YES

\_\_X\_\_\_\_    NO

INTERROGATORY NO. 2:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THERE WAS NEGLIGENCE ON THE PART OF MID-SOUTH WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY PLAINTIFF?

_____   YES

\_\_X\_\_\_\_    NO

Based upon the answers to Interrogatory Nos. 1 and 2, the jury was instructed to disregard the remaining interrogatories.

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatories and jury verdict, that Plaintiff take nothing on its complaint filed herein and the matter is DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and attorney's fees.  Plaintiff's Motion to Declare Portions of Act 649 of 2003 Unconstitutional (doc. 63) is DENIED AS MOOT.

Dated this 26th day of March 2010.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge
